```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TYSON FOODS, INC., :
                              **Plaintiff** :
                                   :   1:19-CV-10125 (ALC)
--v.- :
                                   :   **ORDER**
:
KEYSTONE FOODS HOLDINGS :
LIMITED AND MARFRIG GLOBAL :
FOODS, :
                           **Defendant**
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties briefed Tyson's motion by order to show cause seeking partial summary judgment in November 2019. Given that discovery has proceeded since this briefing, the parties should submit letter briefing as to whether the court should consider the briefs submitted and resolve the partial summary judgment motion, or alternatively, should permit refiling of this motion to allow briefing to reflect the discovery that taken place. These letter briefs should be submitted by October 19, 2020.

**SO ORDERED.**

**Dated:** October 4, 2020

       New York, New York                                 **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**