```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  October 16, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TYSON FOODS INC.,                          :
                                           :
                            **Plaintiff,**    :
                                           :  19-cv-10125 (ALC) (GWG)
            -against-         :
                                           :  **ORDER**
KEYSTONE FOOD HOLDINGS LIMITED             :
(n/k/a BEEF HOLDINGS LIMITED) and          :
MARFRIG GLOBAL FOODS S.A.,                 :
                       **Defendants.**    :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 13, 2020, Plaintiff, Tyson Foods Inc., filed a request for a pre-motion conference. Defendants shall respond to plaintiff's request by October 20, 2020.

**SO ORDERED.**

**Dated:**     **October 16, 2020**
               **New York, New York**

_____
                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**