USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _October 20, 2020_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   TYSON FOODS INC.,                              :
                                                              :
                                    **Plaintiff,**   :
                                                               :       **19-cv-10125 (ALC) (GWG)**
                 -against-                          :
                                                                :       **ORDER**
   KEYSTONE FOOD HOLDINGS LIMITED       :
   (n/k/a BEEF HOLDINGS LIMITED) and          :
   MARFRIG GLOBAL FOODS S.A.,                 :
                              **Defendants.**  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court shall hold a telephone conference on November 2, 2020 at 2:00 p.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**      **October 20, 2020**
               **New York, New York**

                                                                      **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**