USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| TYSON FOODS INC., | : |
| | : |
| Plaintiff, | : |
| | : 19-cv-10125 (ALC) (GWG) |
| -against- | : |
| | : **ORDER** |
| KEYSTONE FOOD HOLDINGS LIMITED | : |
| (n/k/a BEEF HOLDINGS LIMITED) and | : |
| MARFRIG GLOBAL FOODS S.A., | : |
| Defendants. | : |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court adjourns the November 2, 2020 telephone conference to November 17, 2020 at 2:00 p.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **November 2, 2020**
              **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**