```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 18, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   TYSON FOODS INC.,                                   :

                                             **Plaintiff,**    :

                                                          :     **19-cv-10125 (ALC) (GWG)**

                     -against-                             :

                                                          :     <u>**ORDER**</u>

   **KEYSTONE FOOD HOLDINGS LIMITED**     :
   **(n/k/a BEEF HOLDINGS LIMITED) and**        :
   **MARFRIG GLOBAL FOODS S.A.,**              :
                                    **Defendants.**     :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court held a conference on November 17, 2020. For the reasons discussed on the record, the Court denies Plaintiff's motion for partial summary judgment without prejudice and affirms the June 4, 2020 Order of Magistrate Judge Gorenstein. (ECF Nos. 25, 63). The Court granted Plaintiff's request for a pre-motion conference regarding the motion to strike. (ECF No. 85). Plaintiff shall file the motion to strike by December 8, 2020. Defendants shall oppose the motion by December 29, 2020, and Plaintiff shall reply by January 14, 2021.

**SO ORDERED.**

**Dated:**     **November 18, 2020**
                 **New York, New York**

                                                           _____
                                                                 **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**