UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYSON FOODS, INC.,                              :

                                                  :      <u>ORDER</u>
                Plaintiff,
                                                  :      19 Civ. 10125 (ALC) (GWG)
   -v.-

                                                  :
KEYSTONE FOODS HOLDINGS LIMITED, et al.,
                                                  :

               Defendants.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Before the Court is plaintiff's application regarding a subpoena issued by defendants to Tom Hayes, Tyson Foods, Inc.'s former President and Chief Executive Officer. (Docket # 123). Defendants have opposed plaintiff's request. (<u>See</u> Docket # 125). Because the Court will likely decide the application based on the parties' letters, plaintiff is given leave to file a letter in reply on or before July 30, 2021.

SO ORDERED.

Dated: July 28, 2021
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge