USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYSON FOODS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> KEYSTONE FOODS HOLDINGS LIMITED ET AL and MARFRIG GLOBAL FOODS S.A., <br><br> Defendants. | 19-cv-10125 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's November 3, 2021 letter requesting clarification of the Order dated September 27, 2021 (ECF No. 142). The September 27, 2021 Order denied as moot the request for a pre-motion conference. Plaintiff's Motion to Strike (ECF No. 107) remains pending.

**SO ORDERED.**

Dated:   **November 5, 2021**
         **New York, New York**

_____
   ANDREW L. CARTER, JR.
   United States District Judge