UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                   :

TYSON FOODS, INC.

                                   :

          Plaintiff,                    ORDER

                                   :

      -v.-

                                   :      19 Civ. 10125 (ALC ) (GWG)

KEYSTONE FOODS HOLDINGS LIMITED et al.,

                                   :

          Defendants.         :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery dispute raised in Docket # 162 will take place on Thursday, October 27, 2022 at 11:00 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. It is the Court's intention to decide the dispute based on the parties' letters unless a party filed a letter in advance of the conference showing good cause why formal briefing should be required.

      This is the only matter scheduled for this date and time.  Please be sure to arrive sufficiently in advance so that the conference may begin promptly.  Counsel and any other attendees are expected to comply with any COVID-related restrictions on entry into the Courthouse as set forth in the protocols posted on the Court's website: https://www.nysd.uscourts.gov/covid-19-coronavirus.

      If the parties prefer that the conference be held telephonically rather than in the courtroom, the parties may make an application so requesting.  Even if the proceeding is held in the courtroom, a party may make an application to appear by telephone if appearing in person represents a hardship to that party.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: October 19, 2022
       New York, New York

                                                                _____
                                                           GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge