UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TYSON FOODS, INC.                                  :

        Plaintiff,                    :  <u>ORDER</u>

  -v.-                                                        :
                                                             19 Civ. 10125 (ALC) (GWG)
KEYSTONE FOODS HOLDING LIMITED et al.,    :

        Defendants.                  :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The applications to seal, Docket # 163, 167 (and as modified by Docket # 170), are granted in light of the representation that the redacted material consists of confidential business information and the fact that only a modest showing need be made with respect to the sealing of matters relating to discovery disputes. <u>See In re New York City Policing During Summer 2020 Demonstrations</u>, 2022 WL 7886182, at *2 (S.D.N.Y. Oct. 14, 2022).

      SO ORDERED.

Dated: October 27, 2022
       New York, New York

                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge