**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7615

WRITER'S EMAIL ADDRESS
blairadams@quinnemanuel.com

September 11, 2023

MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street, Courtroom 6B
New York, NY 10007-1312

Re:   19-cv-10125 (ALC)(GWG), *Tyson Foods, Inc. v. Keystone Foods Holdings Limited et al.*
      Request for adjournment of September 18 conference to October 5

Dear Judge Gorenstein:

   I write as counsel to Defendants Keystone Foods Holdings Limited (n/k/a Beef Holdings, Ltd.) and Marfrig Global Foods, S.A. respectfully to request an adjournment of the conference currently scheduled for September 18, 2023, at 11:00 a.m.

   After conferring with Your Honor's Deputy Clerk, Defendants request that the conference be re-scheduled for October 5, 2023, at 3:00 p.m.

   Counsel for Plaintiff Tyson Foods, Inc. advises that it agrees to this new date and time.

Respectfully submitted,

*/s/ Blair Adams/*

Blair Adams

cc: Counsel of record (via ECF)

Conference adjourned to October 5, 2023, at 3:00 p.m.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 11, 2023