UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**TYSON FOODS, INC.,**

                  **Plaintiff,**

      -against-                             19-cv-10125 (ALC)(GWG)

**KEYSTONE FOODS HOLDINGS LIMITED** *n/k/a Beef Holdings Limited* **and MARFRIG GLOBAL FOODS S.A.**           **ORDER**

                  **Defendant.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters regarding their anticipated motions for partial summary judgment. The parties are **GRANTED** leave to file their motions on the following briefing schedule:

- Opening briefs are due by **November 2, 2023**;
- Opposition briefs are due by **December 18, 2023**;
- Any replies are due by **January 8, 2024**.

If the parties would like to modify the above briefing schedule, they may file a letter by **September 22, 2023** jointly proposing new dates.

Additionally, the Court has reviewed the parties' motions to seal and the factors set forth under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), and hereby **GRANTS** the pending motions to seal at ECF Nos. 189 and 194.

    So Ordered.

**Dated: September 18, 2023**
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**