UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYSON FOODS, INC.                                  :

        Plaintiff,                      :       ORDER

  -v.-                                              :
                                                                           19 Civ. 10125 (ALC) (GWG)
KEYSTONE FOODS HOLDINGS LIMITED       :
et al.,
                                                          :
        Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The applications to seal (Docket ## 186 and 197) are granted. The applications arise in the context of a discovery dispute where the interests in disclosure are at their lowest. See In re New York City Policing During Summer 2020 Demonstrations, 635 F. Supp. 3d 247, 253 (S.D.N.Y. 2022). The material sought to be redacted consists of confidential sales data and projections and other confidential corporate matters. Balancing the interests at stake, the Court finds that sealing is proper.

      SO ORDERED.

Dated: October 5, 2023
       New York, New York

                                                                      GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge